ACCEPTED
04-15-00677-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/10/2015 10:35:20 AM
KEITH HOTTLE
CLERK

# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN LONDON
BEIJING MOSCOW
BRUSSELS NEW YORK
DALLAS PALO ALTO
DUBAI RIO DE JANEIRO
HONG KONG RIYADH
**HOUSTON** WASHINGTON

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/10/2015 10:35:20 AM
KEITH E. HOTTLE
Clerk

November 10, 2015

Macey Reasoner Stokes
TEL +1 713.229.1369
FAX +1 713.229.7869
macey.stokes@bakerbotts.com

**VIA ELECTRONIC MAIL**

080424.0145

Hon. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re: *Helen A. Mzyk, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C. vs. Murphy Exploration & Production Company–USA*, No. 04-15-00677-CV in the Court of Appeals for the Fourth Judicial District of Texas at San Antonio

Dear Mr. Hottle:

Pursuant to Texas Rules of Appellate Procedure 6.1(c) and 6.2, Appellee Murphy Exploration & Production Company–USA designates Macey Reasoner Stokes as its lead counsel on appeal. Her contact information is as follows:

> Macey Reasoner Stokes
> State Bar No. 00788253
> Baker Botts L.L.P.
> 910 Louisiana Street
> One Shell Plaza
> Houston, Texas 77002
> 713.229.1369
> 713.229.7869 (Facsimile)
> macey.stokes@bakerbotts.com

Active 21637882.1

The following attorneys remain additional counsel for Appellee on appeal and should continue to receive notices from the Court:

Jason Allen Newman
State Bar No. 24048689
Meghan McElvy
State Bar No. 24065127
Justin Lipe
State Bar No. 24083401
Baker Botts L.L.P.
910 Louisiana Street
One Shell Plaza
Houston, Texas 77002
713.229.1234
713.229.1522 (fax)
jason.newman@bakerbotts.com
meghan.mcelvy@bakerbotts.com
justin.lipe@bakerbotts.com

Thank you for your attention to this matter.

Very truly ours,

Macey Reasoner Stokes

cc:     *via electronic mail*:

Timothy Patton, P.C.
14546 Brook Hollow Blvd. #279
San Antonio, Texas 78232
tpatton@tp-pc.com

David P. Strolle, Jr.
Granstaff, Gaedke & Edgmon, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
dstrolle@caglaw.net

*Counsel for Appellants Helen A. Mzyk, Karnes S4 Minerals, L.P., and Karnes S4 Management, L.L.C.*